CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEFFREY BORNSTEIN (CABN 99358)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7290
　　FAX: (415) 436-7234
　　Jeffrey.bornstein@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 3:24-CR-0181 EMC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO EXCLUDE TIME FROM JUNE 25, 2026, THROUGH JULY 30, 2026 AND ORDER |
| v. | ) ) | |
| STEPHANIE VASQUEZ, | ) ) | |
| Defendant. | ) ) ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant STEPHANIE VASQUEZ, that time be excluded under the Speedy Trial Act from June 25, 2026 through July 30, 2026.

At the status conference held on June 25, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and the additional discovery that will be produced shortly. for this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until July 30, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 25, 2026, through July 30, 2026, from computation under

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER　　　　　　v. 9/18/2025
Case No. 3:24-CR-0181 EMC　　　　　　　　1

the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 25, 2026                                  /s/
                                                      JEFFREY BORNSTEIN
                                                      Assistant United States Attorney

DATED: June 25, 2026                                  /s/
                                                      CANDIS MITCHELL
                                                      Counsel for Defendant STEPHANIE VASQUEZ

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on June 25, 2026, and for good cause shown, the Court finds that failing to exclude the time from June 25, 2026, through July 30, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 25, 2026, to July 30, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 25, 2026, through July 30, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   6/26/2026                                    _____
                                                      EDWARD M. CHEN
                                                      United States District Judge